JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND BULLETTE, | No. ED CV 26-160-FMO(E) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN LEPE, USP-VICTORVILLE, | |
| Respondent. | |

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: February 13, 2026.


_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE